1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )    Case No.: 5:23-mj-00503
                                    )
12                  Plaintiff,      )    ORDER OF DETENTION PENDING
                                    )    FURTHER REVOCATION
13        v.                        )    PROCEEDINGS
                                    )    (FED. R. CRIM. P. 32.1(a)(6); 18
14 Inocencio Garcia,               )    U.S.C. § 3143(a)(1))
                                    )
15                  Defendant.      )
   _____)

16        The defendant having been arrested in this District pursuant to a warrant

17 issued by the United States District Court for the _Southern_____ District of

18 _California_____ for alleged violation(s) of the terms and conditions of probation

19 or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22 A.  ( )   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            ( )   information in the Pretrial Services Report and Recommendation

26            ( )   information in the violation petition and report(s)

27            ( )   the defendant's nonobjection to detention at this time

28            ( )   other: _____

                                       1

1      and/ or

2   B. (×)    The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the safety

4      of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c).  This finding is based on the following:

6      (×)    information in the Pretrial Services Report and Recommendation

7      (×)    information in the violation petition and report(s)

8      (×)    the defendant's nonobjection to detention at this time

9      (  )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: 10/26/23                  _____

15                 SHASHI H. KEWALRAMANI
                UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28